IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JAN 18 2008
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| **DENNIS M. KESLER,** | )  |
| Plaintiff, | ) Civil Action No. 7:08cv00016 |
| | ) |
| v. | ) **FINAL ORDER** |
| | ) |
| **HAYS, et al.,** | ) By: Samuel G. Wilson |
| Defendants. | ) United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that this action is **DISMISSED**; Kesler's motion to proceed in forma pauperis is **DENIED as MOOT**; and this matter is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and accompanying Memorandum Opinion to the plaintiff.

**ENTER**: This 18th day of January, 2008.

_____
United States District Judge

Dockets.Justia.com