CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 18 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DENNIS M. KESLER,<br>   Plaintiff, | )<br>) Civil Action No. 7:08cv00016<br>) |
| v. | ) **FINAL ORDER**<br>) |
| HAYS, et al.,<br>   Defendants. | ) By: Samuel G. Wilson<br>) United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that this action is **DISMISSED**; Kesler's motion to proceed in forma pauperis is **DENIED as MOOT**; and this matter is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and accompanying Memorandum Opinion to the plaintiff.

**ENTER**: This 18th day of January, 2008.

_____
United States District Judge